# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Supervise Release) |
| v. | Case Number: 07-cr-00279-REB-01 |
| JUSTIN R. COAN | USM Number: 34972-013 |
| | Steven Laiche (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 4 and 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance (Methamphetamine) | 05/24/12 |
| 4 | Association with Person(s) Engaged in Criminal Activity and with any Person Convicted fo a Felony Without Permission of the Probation Officer | 05/23/12 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The government withdrew violations 2 and 3.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 20, 2012
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

September 27, 2012
Date

DEFENDANT:  JUSTIN R. COAN
CASE NUMBER:  07-cr-00279-REB-01                                                           Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Failure to Report to the Probation Officer and Submit a Truthful and Complete Written Report within the First Five Days of Each Month | 05/2012 |

DEFENDANT:  JUSTIN R. COAN
CASE NUMBER:  07-cr-00279-REB-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal